NICOLA T. HANNA
United States Attorney
DAIVD M. HARRIS
Assistant United States Attorney
Chief, Civil Division
Jean M. Turk
Special Assistant United States Attorney
CA State Bar No.: 131517
Assistant Regional Counsel
Social Security Administration, Region IX
160 Spear Street, Suite 800
San Francisco, California 94105
Tel: (415) 977-8935; Fax: (415) 744-0134
E-mail: jean.turk@ssa.gov

Attorneys for Defendant
NANCY A. BERRYHILL
Defendant

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

RAMON RUIZ,
    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

Case No.: 5:18-cv-01528-DFM

**JUDGMENT FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)**

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation.

DATED: March 28, 2019

_____
HON. DOUGLAS F. MCCORMICK,
UNITED STATES MAGISTRATE JUDGE

-1-